UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ORGANIZATION OF AMERICAN HISTORIANS,<br><br>        Plaintiff,<br><br>    v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>        Defendants. | Civil Action No. 26-1281 (TNM) |

**DEFENDANTS' FIRST CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants, the Office of Management and Budget, the United States Department of the Interior, and the National Park Service, ("Defendants"), by and through undersigned counsel, respectfully file their first motion for extension of time to respond to Plaintiff's motion for preliminary injunction. Defendants seek a modest four-day extension—from April 24 to April 28, 2026. The Parties conferred under Local Civil Rule 7(m). Plaintiff courteously consents to the relief sought herein, and Plaintiff requested that the following statement be included: "Plaintiff consents to defendants' request for an extension, until April 28, notwithstanding the urgency of this matter, as set forth in plaintiff's papers. Consent is granted as a courtesy to opposing counsel, and with the parties' understanding that plaintiff will file a reply to defendants' submission by May 1." The grounds for this motion are as follows.

Plaintiff filed its Complaint on April 15, 2026. ECF No. 1. This lawsuit concerns Plaintiff's three requests for records submitted under the Freedom of Information Act ("FOIA"),

5 U.S.C. § 552, *et seq.*, on March 27, 2026. *Id.* ¶¶ 1, 12. Each FOIA request seeks records of each agencies' role implementing Executive Order 14253, entitled "Restoring Truth and Sanity to American History," issued March 27, 2025, 90 Fed. Reg. 14563 (Apr. 3, 2025). *Id.* ¶¶ 7, 13–15. On April 17, 2026, Plaintiff filed a motion for preliminary injunction seeking an order for "expedited processing of its Freedom of Information Act requests and to complete processing and produce all nonexempt responsive records within thirty days of the Court's order." ECF No. 4.

Defendants respectfully submit that there is good cause for the requested extension. First, due to matters and competing deadlines in many older, pending cases, undersigned counsel requires additional time to discuss this matter with Defendants, investigate Plaintiff's claims, and formulate an appropriate filing for the Court's consideration; for example, among other responsibilities, the undersigned is defending a Federal Rule of Civil Procedure 30(b)(6) deposition on April 24 and another on April 27, 2026, both of which could be lengthy and each require preparation of the deponents. Second, each of the three Defendant agencies requires additional time to prepare a declaration for filing along with the opposition to Plaintiff's motion for preliminary injunction; this will require that Defendants examine and report upon, *inter alia*, the scope of records potentially responsive to the FOIA requests, the burdens to other FOIA requesters and on the agencies' FOIA programs of granting expedited processing, and other relevant data. Third, Defendants need sufficient time to ensure internal review of a responsive Court filing consistent with Department of Justice procedures.

This motion is filed in good faith and not for purposes of gaining any unfair advantage through delay. This is Defendants' first request for an extension. The only other deadline in the case is for Defendants' response to the Complaint. Finally, it is not anticipated that granting this motion will unduly prejudice Plaintiff (indicated by its consent) nor will it adversely affect this

Court's orderly administration of this matter given the very early stages of this case. Indeed, the date of July 4, 2026—which Plaintiff avers is important because it is the Executive Branch's alleged "compliance deadline for a comprehensive review of historical information" by federal initiatives—is over two months away. ECF No. 4-1 at 1. The four-day consented-to extension requested here will permit judicial decision on Plaintiff's motion for preliminary injunction well before that date.

For these reasons, Defendants respectfully request that the Court extend the time for Defendants to respond to Plaintiff's motion for preliminary injunction by four days as set forth in the attached proposed order.

Dated: April 19, 2026
       Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:　　　　 */s/ Mason D. Bracken*
       MASON D. BRACKEN
       Assistant United States Attorney
       601 D Street, NW
       Washington, DC 20530
       (202) 252-2523
       mason.bracken@usdoj.gov

*Attorneys for the United States of America*

- 3 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ORGANIZATION OF AMERICAN HISTORIANS,<br><br>   Plaintiff,<br><br> v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>   Defendants. | Civil Action No. 26-1281 (TNM) |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Defendants' First Consent Motion for Extension of Time to Respond to Plaintiff's Motion for Preliminary Injunction, and for good cause shown, it is hereby:

ORDERED that the motion is GRANTED.

It is further ORDERED that the due date for Defendants' response to Plaintiff's Motion for Preliminary Injunction is extended until April 28, 2026.

IT IS SO ORDERED.


SIGNED:


_____     _____
Date                 TREVOR N. MCFADDEN
                   United States District Judge