UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ORGANIZATION OF AMERICAN HISTORIANS<br><br>Plaintiff,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET, et al.,<br><br>Defendants. | Civil Action No. 26-1281 (TNM) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 17, 2026, Minute Order, Plaintiff Organization of American Historians and Defendants, the Office of Management and Budget ("OMB"), the United States Department of the Interior ("DOI") and the National Park Service ("NPS"), by and through undersigned counsel, respectfully submit the Parties' third joint status report.

This case concerns Plaintiff's Freedom of Information Act ("FOIA") requests for records submitted to Defendants on March 27, 2026. *See* Compl. (ECF No. 1).

The Parties' counsel have conferred. They have been working to clarify the scope of Plaintiff's FOIA requests. They submit their respective statements concerning the status of Plaintiff's FOIA requests as follows.

**Defendants' Statement**

**Department of the Interior**

DOI has completed its searches for potentially responsive records, which resulted in approximately 1,420 pages. DOI issued its first interim response on July 27, 2026, consisting of

38 pages, and its second interim response on August 21, 2026, consisting of 248 pages. DOI continues to review the remaining potentially responsive pages, and is currently preparing its next interim response for release. In addition, as explained in the first joint status report, DOI anticipates sending a portion of the records to a non-party agency for consultation.

**National Park Service**

Since the last status report, NPS issued its first interim response on September 22, 2026, consisting of 88 pages, and its second interim response on September 30, 2026, consisting of 149 pages. NPS is currently completing its additional searches for records responsive to Plaintiff's request and preparing its next interim response for release of the remaining responsive pages from its initial searches.

**Office of Management and Budget**

As previously reported, OMB has so far found 20,000 potentially responsive documents which appears to be more than 170,000 total pages.

OMB continues to plan on issuing its first monthly rolling response (processing at least 300 pages per month) in October 2026 and in subsequent months as well.

Defendants note that Plaintiff's counsel provided the statement written below at 10:10pm EST today. Defendants' counsel has not heard from Plaintiff's counsel about this case since conferral about the parties' last status report two months ago. Consequently, Defendants have not had a chance to confer with Plaintiff about the matters it belatedly raises below.

**Plaintiff's Statement**

The Court's August 17, 2026, Minute Order declined to impose deadlines at that time in light of the relative recency of this case and the Government's progress. Plaintiff sets forth

below the progress each Defendant has made in the fifty-seven days since that Order, and in the two hundred days since Plaintiff's requests were submitted.

***DOI***. DOI reported on August 14 that its searches were complete and that approximately 1,420 pages remained under review. Since the Court's August 17 Order, DOI has made one interim release, on August 21, 2026, of 248 pages. DOI has released a total of 286 pages, approximately twenty percent of the pages it has identified, and has not stated when it will complete review and release of the remaining approximately 1,134 pages. Defendants' statement continues to describe DOI's consultation with a non-party agency, first reported on June 30, 2026, in prospective terms. Plaintiff understands from that description that no records have yet been referred for consultation. DOI has not identified the non-party agency, the volume of records involved, or the anticipated duration of the consultation. The two DOI interim response letters do not identify the pages withheld in full, do not address segregability, and do not respond to the format provisions of Plaintiff's March 27, 2026, request.

***NPS***. NPS reported on August 14 that it was preparing an interim response of approximately 88 pages, to be followed by a further interim response of approximately 650 pages. NPS released 88 pages on September 22, 2026, and 149 pages on September 30, 2026. Approximately 500 pages of the records NPS identified on August 14 therefore remain unreleased. Defendants' statement does not restate that figure, does not estimate the volume of records that NPS's additional searches may yield, and does not provide a date for any further release. NPS has not stated whether its searches encompassed the electronic data-collection systems through which it received and tracked park submissions under Secretary's Order 3431, and has not responded to the format provisions of Plaintiff's request, which seek spreadsheet and database records in native format.

***OMB***. OMB has released no records. OMB's figures of 20,000 potentially responsive documents and more than 170,000 pages are unchanged from August 14, when OMB stated that they had been gathered before the parties' efforts to clarify the scope of the request; Defendants' statement does not report any revised count. As of the filing of this report, OMB has not issued the first rolling release it has stated since June 30 would occur in October 2026. Plaintiff's position remains that OMB should either commit to a schedule permitting completion within a reasonable period or move for a stay pursuant to 5 U.S.C. § 552(a)(6)(C) so that the Court may evaluate the reasonableness of its processing pace. OMB has done neither.

***Summary***. This is the third status report in which no Defendant has identified a date by which it will complete processing of Plaintiff's requests, and the third in which Defendants have not addressed whether an *Open America* stay motion is likely, whether a *Vaughn* index will be required, or a schedule for dispositive briefing, as directed by the Court's May 29, 2026, Minute Order. The information necessary to provide completion dates has been available to DOI since August 14, to NPS since at least September 30, and to OMB since it quantified its responsive universe.

Plaintiff does not ask the Court to impose production deadlines at this time. Plaintiff respectfully requests that the Court direct that the parties' next joint status report include, for each Defendant, (i) the date by which it anticipates completing processing and production; (ii) the dates of any interim releases it anticipates before that date; and (iii) whether it intends to move for a stay pursuant to 5 U.S.C. § 552(a)(6)(C), and that DOI's portion of the report identify the non-party agency to which records have been or will be referred, the volume of records involved, and the date by which the consultation is expected to conclude. Plaintiff further requests that the next report be filed in forty-five days. Should the next report again omit

completion dates, Plaintiff anticipates moving for an order establishing a production schedule pursuant to 5 U.S.C. § 552(a)(4)(B), which the Court has identified as among the mechanisms FOIA provides for requests of this kind. *See* Mem. Order at 9–10 (ECF No. 10).

In consideration of the foregoing, Defendants respectfully propose that the Court permit the Parties to submit another joint status report in ninety days, on January 11, 2027, updating the Court on the status of the processing of Plaintiff's FOIA requests. Plaintiff proposes that the next joint status report be filed in forty-five days, on November 27, 2026, and that it include the information identified in Plaintiff's statement above.

Dated: October 13, 2026
Washington, D.C.

*/s/ David L. Sobel*
DAVID L. SOBEL
D.C. Bar No. 360418
5335 Wisconsin Ave., N.W., Suite 640
Washington, DC 20015
(202) 246-6180

*Attorney for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Mason D. Bracken*
MASON D. BRACKEN
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2523
mason.bracken@usdoj.gov

*Attorneys for the United States of America*